UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                    DOCKET NO: 14-CR-10307-DPW

MICHAEL GORDON

**AFFIDAVIT OF SAFFRON JAGGAN**

I, Saffron Jaggan, hereby depose and state the following under oath:

1. My name is Saffron Jaggan.  I reside at 26 Bradeen Street, in Roslindale, Massachusetts.

2. I am the cousin of Michael Gordon, the defendant in this case.

3. On November 20, 2014, I went to Michael Gordon's house at 4 Gardner Street in Randolph, Massachusetts, and took the following photographs of Michael Gordon's bed.

4. These photographs depict the distance between the floor and the bed frame.

5. These photographs are an accurate depiction of how the bed looked today when I was in his residence.

6. There is a photograph attached showing a television clicker that reflects the distance between the floor and the bed frame.  The distance in my estimation is 3 to 5 inches.

Signed under the penalties of perjury this 20th day of November, 2014.

_____
Saffron Jaggan





