# United States Court of Appeals
## For the First Circuit

No. 17-2194

UNITED STATES,

Appellee,

v.

MICHAEL GORDON,

Defendant - Appellant.

### MANDATE

Entered: February 26, 2018

In accordance with the judgment of February 2, 2018, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Karen DeReath Beausey
Dina Michael Chaitowitz
Michael Gordon
William H. Keefe
David G. Lazarus
Kevin J. Reddington
Robert L. Sheketoff